IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE ANDREW DAVIS                                                          PLAINTIFF

v.                              No. 5:16-cv-262-DPM

WALTER JOHNSON; DAVID NIXON;
JOHN DOES, 1-20; and JEFFERSON
HOSPITAL ASSOCIATION, INC.,
d/b/a/ Jefferson Regional Medical Center                              DEFENDANTS

ORDER

1. Davis's amended complaint moots the first motion to dismiss, № 7, which is denied without prejudice.

2. The unopposed motion for an extension of time, № 23, is granted. Davis's response to the live motion to dismiss, № 19, is due by 17 November 2016.

3. Davis's embedded motion to serve Walter Johnson by warning order, № 12-1, is denied without prejudice. The law disfavors that service method. Chief Judge Miller extended Davis's service deadline to 16 December 2016. № 18. Davis should redouble his efforts to find and serve Johnson between now and then.

4. The Court attaches a recent fax from Davis's lawyer requesting service by warning order. No more faxes, please. Any request for Court action or relief should be filed.

5. The Court can't keep the proposed trial date. The Initial Scheduling Order, № 10, is vacated. An Amended Initial Scheduling Order will issue.

6. The Court directs the Clerk to correct the name of lead defendant "Jefferson Hospital Organization, Inc." on the docket. The party is "Jefferson Hospital Association, Inc." № 19.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 November 2016

# SUTTER & GILLHAM, P.L.L.C.

### ATTORNEYS AT LAW
MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
PHYSICAL ADDRESS: 310 WEST CONWAY STREET, BENTON, AR 72015
TELEPHONE 501-315-1910 FACSIMILE 501-315-1916

LUTHER ONEAL SUTTER, P.A.     TONA MARIA DEMERS     LUCIEN RAMSEUR GILLHAM, P.A.

November 1, 2016

The Honorable D. P. Marshall Jr.                               FAX: 501-604-5417
Chief U.S. District Court Judge
United States District Court
Eastern District of Arkansas
500 West Capitol Avenue, Room B149
Little Rock, AR 72201

  RE: **Lee Andrew Davis v. Jefferson Regional Medical Center, Walter Johnson, David Nixon, and John Does 1-20**

Dear Judge Marshall:

Regarding the above, the firm has previously communicated (enclosed) with Judge Miller regarding the need for an order authorizing a Warning Order for defendant Walter Johnson. Judge Miller did not respond prior to his recusal.

Would you please review the enclosed communication with Judge Miller as well as the Notice of Filing of the Affidavit for Warning Order. If upon consideration, the pleadings and precedent meet with your approval, would you please rule regarding the same? Thank you for your consideration.

Sincerely,

/s/ Lucien Ramseur Gillham

Lucien Ramseur Gillham

:krw

Enclosure(s)

cc: Byron Freeland                                              **VIA FACSIMILE: 501-688-8807**
  Graham Caughman Talley
  Mitchell Williams
  425 West Capitol Avenue, Suite 1800
  Little Rock, AR 72201-3525

G:\doc\Davis, Lee\COR\COR 5.16-CV-00262\2016-11-01 LTR - Judge - Davis, Lee A.doc

```
*********************
*** FAX TX REPORT ***
*********************

TRANSMISSION OK

JOB NO.              4264
DESTINATION ADDRESS  6045407
SUBADDRESS
DESTINATION ID
ST. TIME             10/18 15:10
TX/RX TIME           00' 26
PGS.                 2
RESULT               OK
```

# SUTTER & GILLHAM, P.L.L.C.
### ATTORNEYS AT LAW
MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
PHYSICAL ADDRESS: 310 WEST CONWAY STREET, BENTON, AR 72015
TELEPHONE 501-315-1910 FACSIMILE 501-315-1916

LUTHER ONEAL SUTTER, P.A.        TONA MARIA DEMERS        LUCIEN RAMSEUR GILLHAM, P.A.

October 18, 2016

The Honorable Brian S. Miller                                FAX: 501-604-5407
Chief U.S. District Court Judge
United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Room D258
Little Rock, AR 72201

    RE:    Lee Andrew Davis v. Jefferson Regional Medical Center, Walter Johnson,
            David Nixon, and John Does 1-20

Dear Judge Miller:

We have been unable to serve Defendant Johnson and have moved to extend time to serve, but will need to serve him by warning order because his whereabouts have not been discoverable. Attached is a proposed Order granting us permission to serve by warning order.

Sincerely,

/s/ Lucien Ramseur Gillham

Lucien Ramseur Gillham

:krw

Enclosure(s)

G:\doc\Davis, Lee\COR\COR 5.16-CV-00262\2016-10-18 LTR - Judge - Davis, Lee A.doc

# SUTTER & GILLHAM, P.L.L.C.
ATTORNEYS AT LAW
MAILING ADDRESS: P.O. BOX 2012, BENTON, AR 72018
PHYSICAL ADDRESS: 310 WEST CONWAY STREET, BENTON, AR 72015
TELEPHONE 501-315-1910 FACSIMILE 501-315-1916

LUTHER ONEAL SUTTER, P.A.     TONA MARIA DEMERS     LUCIEN RAMSEUR GILLHAM, P.A.

October 18, 2016

The Honorable Brian S. Miller                               FAX: 501-604-5407
Chief U.S. District Court Judge
United States District Court
Eastern District of Arkansas
500 West Capitol Avenue, Room D258
Little Rock, AR 72201

    RE:    Lee Andrew Davis v. Jefferson Regional Medical Center, Walter Johnson,
             David Nixon, and John Does 1-20

Dear Judge Miller:

We have been unable to serve Defendant Johnson and have moved to extend time to serve, but will need to serve him by warning order because his whereabouts have not been discoverable. Attached is a proposed Order granting us permission to serve by warning order.

Sincerely,

/s/ Lucien Ramseur Gillham

Lucien Ramseur Gillham

:krw

Enclosure(s)

G:\doc\Davis, Lee\COR\COR 5.16-CV-00262\2016-10-18 LTR - Judge - Davis, Lee A.doc

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE ANDREW DAVIS                                                                                    PLAINTIFF

VS.                                          CASE NO: 5:16-CV-00262

JEFFERSON REGIONAL MEDICAL CENTER
PREFERRED PROVIDER ORGANIZATION, WALTER
JOHNSON, DAVID NIXON, and JOHN DOES 1-20                          DEFENDANTS

**WARNING ORDER**

The Defendants, specifically <u>Walter Johnson</u>, are notified that Plaintiff Lee Andrew Davis, whose attorney's address is listed below, has filed a complaint against them in the United States District Court for the Eastern District of Arkansas. A copy of the complaint and summons will be delivered to you or your attorney upon written request. Defendant Walter Johnson, you are notified that you must appear and defend by filing your answer to the complaint within thirty (30) days of the date of the first publication of this warning order; and in the event of your failure to do so, judgment by default may be entered against you for the relief demanded in the complaint as circumscribed by the laws of this state

WITNESS my hand and seal as Clerk of the United States District Court for the Eastern District of Arkansas, this _____ day of October, 2016.

                                                              _____
                                                                          Clerk

(SEAL)

SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501-315-1910 Office
501-315-1916 Facsimile
Attorney for the Plaintiff

/s/ <u>Luther Oneal Sutter</u>
Luther Oneal Sutter, ARBN 95031
<u>luthersutter.law@gmail.com</u>

1

Case 5:16-cv-00262-BSM Document 12 Filed 09/28/16 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE ANDREW DAVIS                        PLAINTIFF

VS.              CASE NO: 5:16-CV-0262-BSM-PSH

JEFFERSON REGIONAL MEDICAL
CENTER, WALTER JOHNSON, DAVID
NIXON, and JOHN DOES 1-20                     DEFENDANTS

## NOTICE OF FILING

COMES THE PLAINTIFF, by and through Counsel and herby gives notice of filing the following:

1.    **Affidavit for Warning Order: Walter Johnson.**

Respectfully Submitted,

SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501-315-1910 Office
501-315-1916 Facsimile
Attorney for the Plaintiff

By:    */s/ Luther Oneal Sutter*
Luther Oneal Sutter, ARBN 95031
Email: luthersutter@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on 29th day of September 2016, via ECF, upon counsel for the Defendant:

**Byron L. Freeland**
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
501-688-8810
Email: bfreeland@mwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Graham Caughman Talley**
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

11/01/2016 TUE 17:56 FAX 5013151916 Sutter & Gillham, PLLC ☒006/007
Case 5:16-cv-00262-DPM Document 25 Filed 11/03/16 Page 8 of 9

Case 5:16-cv-00262-BSM Document 12 Filed 09/28/16 Page 2 of 2

425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
501-688-8853
Email: gtalley@mwlaw.com
*ATTORNEY TO BE NOTICED*

By:     */s/ Luther Oneal Sutter*
            Luther Oneal Sutter, ARBN 95031

G:\doc\Davis, Lee\PLD 5.16-CV-00262\COM\2016-09-28 NOF - AFF WO WJ - Davis, Lee.doc

11/01/2016 TUE 17:56 FAX 5013151916 Sutter & Gillham, PLLC ☒007/007
Case 5:16-cv-00262-DPM Document 25 Filed 11/03/16 Page 9 of 9

Case 5:16-cv-00262-BSM Document 12-1 Filed 09/28/16 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE ANDREW DAVIS      PLAINTIFF

VS.      CASE NO: 5:16-CV-0262-BSM-PSH

JEFFERSON REGIONAL MEDICAL
CENTER, WALTER JOHNSON, DAVID
NIXON, and JOHN DOES 1-20      DEFENDANTS

### AFFIDAVIT FOR WARNING ORDER

The Plaintiff, by and through Counsel, states that diligent inquiry has been made to locate defendant **Walter Johnson** but efforts have been unsuccessful. Plaintiff has attempted service by independent process server to the last known employment address who advised that defendant **Walter Johnson** is no longer employed there, and Plaintiff has been unable to determine defendant **Walter Johnson's** last known or current home addresses via discovery efforts in Jefferson, Pulaski, Grant, Lonoke, and Cleveland Counties or by known associations with professional organizations. Upon information and belief, defendant **Walter Johnson** still resides in the State of Arkansas. Plaintiff is unable to locate defendant **Walter Johnson**, in order to serve summons and complaint upon Defendant, and Defendant **Walter Johnson's** whereabouts remain unknown. Plaintiff requests issuance of a warning order.

_____
Luther Oneal Sutter ARBN 95031
SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501-315-1910 Office
501-315-1916 Facsimile
Attorney for the Plaintiff

GWEN TUCKER
NOTARY PUBLIC
PULASKI COUNTY, ARKANSAS
COMM. EXP. 1-8-2017
COMMISSION NO. 12358506

Subscribed and sworn to before me, a Notary Public, this 26th day of September, 2016.

1/8/17
_____
Notary Public

_____
My Commission Expires