IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE ANDREW DAVIS                                                                PLAINTIFF

v.                              No. 5:16-cv-262-DPM

JEFFERSON REGIONAL MEDICAL CENTER
PREFERRED PROVIDER ORGANIZATION;
WALTER JOHNSON; DAVID NIXON; JOHN
DOES, 1–20; and JEFFERSON HOSPITAL
ASSOCIATION, INC., d/b/a Jefferson
Regional Medical Center                                                          DEFENDANTS

JUDGMENT

Dr. Davis's retaliation claim under 42 U.S.C. § 1981 is dismissed with prejudice. His Arkansas Civil Rights Act and Arkansas Freedom of Information Act claims are dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

10 January 2017